**Opinion issued July 14, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00386-CV

———————————

**MIDWAY EXPLORATION, L.L.C., Appellant**

**V.**

**EP ENERGY E & P COMPANY, L.P.**
**F/K/A EL PASO E & P COMPANY, L.P., Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-70919**

---

## MEMORANDUM OPINION

The parties have filed a "Joint Motion of Appellant and Appellee for Order Reversing the Judgment of the Trial Court and Remanding the Case for Further Proceedings." In accordance with Texas Rule of Appellate Procedure 42.1(a)(2)(B), we set aside the trial court's judgment without regard to the merits and remand the

case to the trial court for further proceedings. *See* TEX. R. APP. P. 42.1(a)(2)(B); 43.2(d). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Massengale.